Michael B. WARD et ux.

v.

KOLD–SERVE CORPORATION et al.

No. C–6853.

Supreme Court of Texas.

April 27, 1988.

Joint motion of the parties, filed in this cause on March 22, 1988 having been duly considered, it is ordered that the motion be granted.

The order of this court dated January 13, 1988, granting the applications for writ of error is withdrawn and the applications for writ of error are *dismissed* pursuant to Rule 59, Tex.R.App.P.